IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 917;
I. B. E. W. – N. E. C. A. JOINT
APPRENTICESHIP AND TRAINING TRUST;
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS LOCAL 917
PENSION PLAN;
N. E. C. A. – I. B. E. W. LOCAL 917
HEALTH AND WELFARE TRUST FUND;
NATIONAL ELECTRIC BENEFIT FUND; and
ELECTRIC INDUSTRY ADVANCEMENT PROGRAM

                                          **PLAINTIFFS**

vs.                                            CIVIL ACTION NO. 4:04CV120LN

JOE SEMMES, d/b/a A-LECTRIC SERVICE                **DEFENDANT**

---

## DEFAULT JUDGMENT

THIS CAUSE came on for hearing on the Motion of the Plaintiffs for Default Judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. The Court has been advised that the Defendant, Joe Semmes, d/b/a as A-Lectric Service, was duly served with the Summons and Complaint, and has failed to plead or otherwise defend, that a default was duly entered, that the Defendant has initiated no proceedings nor made any appearance since being served with the Complaint, and the Defendant is not an infant, or an unrepresented incompetent person since such default was entered.

**IT IS THEREFORE ORDERED AND ADJUDGED** that judgment is entered in favor

of the Plaintiffs, International Brotherhood of Electrical Workers, Local 917; IBEW-NECA Joint

Apprenticeship and Training Trust; International Brotherhood of Electrical Workers, Local 917

Pension Plan; NECA-IBEW, Local 917 Health and Welfare Trust Fund; National Electric Benefit

Fund; and Electric Industry Advancement Program against Joe Semmes d/b/a A-Lectric in a total

sum of $67,816.94 representing the combination of unpaid contributions plus liquidated damages

on the unpaid contributions at 10% compounded for a total of $62,793.46 and reasonable

attorneys' fees ($5,023.48), and costs of the action pursuant to §29 U.S.C.A.

§1132(g)(2)(A)(B)(D) and (E), including such other legal or equitable relief as the Court deems

appropriate and for all of which let execution issue.

ORDERED AND ADJUDGED, this the 6Th day of _December_____, 2005.

_____
U.S. District Court Judge

Order Prepared by:

_Marjorie S. Busching_

Marjorie S. Busching, Esq. MSB No. 100573
MAXEY WANN PLLC
210 East Capitol Street, Suite 2125
Post Office Box 3977
Jackson, Mississippi 39207-3977
Telephone: (601) 355-8855
Facsimile: (601) 355-8881

F:\Sandra\L480\Semmes\Default Judgment.wpd

2