IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,
LOCAL 917; I. B. E. W. – N. E. C. A. JOINT APPRENTICESHIP
AND TRAINING TRUST;
INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS
LOCAL 917 PENSION PLAN;
N. E. C. A. – I. B. E. W. LOCAL 917 HEALTH AND
WELFARE TRUST FUND;
NATIONAL ELECTRIC BENEFIT FUND; and
ELECTRIC INDUSTRY ADVANCEMENT PROGRAM                PLAINTIFFS

v.                                         CIVIL ACTION NO. 4:04CV120LN

JOE SEMMES, d/b/a A-LECTRIC SERVICE                  DEFENDANT

**FIAT**

**TO THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI EASTERN DIVISION:**

PLAINTIFFS, International Brotherhood of Electrical Workers, Local 917; IBEW-NECA Joint Apprenticeship and Training Trust; International Brotherhood of Electrical Workers, Local 917 Pension Plan; NECA-IBEW, Local 917 Health and Welfare Trust Fund; National Electric Benefit Fund; and Electric Industry Advancement Program, by and through their attorneys, have this day filed their Motion for Examination of Judgment Debtor, pursuant to Sections 13-1-261, *et seq.*, MCA, 1972, as amended, wherein it is alleged that Plaintiff holds an outstanding Judgment against Defendant, Joe Semmes, d/b/a A-Lectric Service, in the amount of $67,816.94, including liquidated damages, attorneys, fees and court costs, and wherein, it is alleged that a corporate representative of Joe Semmes, d/b/a A-Lectric Service should be required to appear before this Court as a Judgment Debtor and be examined pursuant to the aforesaid statutory requirements, to have then and there with him the records and documents listed on Exhibit "A" hereto;

**IT IS, THEREFORE, ORDERED** that a corporate representative of Joe Semmes, d/b/a A-Lectric Service, be and appear before this Court on the 14th day of November, 2006, at 10:00 o'clock a.m., and that he have with him all records and documents of whatever kind or nature described on Exhibit "A" attached hereto. The Clerk of this Court shall issue Citation to said Joe Semmes, d/b/a A-Lectric Service, in accordance with the day, date and time set for examination hereinabove.

**SO ORDERED**, this the 25th day of Sept., 2006.

_____
MAGISTRATE COURT JUDGE


_____
S. Mark Wann, MS Bar # 6936
Marjorie S. Busching, MS Bar # 100523
MAXEY, WANN PLLC
210 East Capitol Street, Suite 2125
Post Office Box 3977
Jackson MS 39207-3977
Telephone: (601) 355-8855
Facsimile: (601) 355-8881

ATTORNEY FOR PLAINTIFFS

## **EXHIBIT "A"**

1. Copies of all bank statements rendered to Joe Semmes, d/b/a A-Lectric Service since January 2004, whether checking or savings, and whether maintained in his name or jointly with any other person, firm or corporation.

2. Copies of all savings account passbooks and/or Certificates of Deposit maintained by Joe Semmes, d/b/a A-Lectric Service, whether individually or jointly.

3. All deeds to real property owned by Joe Semmes, d/b/a A-Lectric Service, whether such ownership be whole joint or partial.

4. All Certificates of Title on automobiles presently titled to Joe Semmes, d/b/a A-Lectric Service, whether individually or jointly.

5. Copies of the Federal Income Tax Returns filed by Joe Semmes, d/b/a A-Lectric Service, for the calender years 2003 and 2004.

6. The amortization schedule or other evidence of the principal amount owed on any real property and/or automobiles presently owned by Joe Semmes, d/b/a A-Lectric Service, whether individually or jointly.

7. All Certificates representing corporate stock owned by Joe Semmes, d/b/a A-Lectric Service, whether individually or jointly.

8. The names and addresses of all insurance companies which have issued insurance policies upon the life of Joe Semmes, or any other known individual, wherein Joe Semmes is listed as a beneficiary, the amount of such policy, when the proceeds of such policy are made payable, and the policy number of such policy.

9. A copy of any and all pleadings wherein Joe Semmes is named as Executor of the Estate of any deceased.

10. A list of all assets to which Joe Semmes, d/b/a A-Lectric Service are entitled to as a result of the death of any deceased, where such assets are presently located and the value of such assets.